NO. PD-0077-15

PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/2/2015 9:20:06 AM
Accepted 7/2/2015 9:49:49 AM
ABEL ACOSTA
CLERK

| STEVEN COLE | | § | IN THE |
| Appellant | | § | |
| | | § | |
| VS. | | § | COURT OF CRIMINAL APPEALS |
| | | § | |
| | | § | |
| STATE OF TEXAS | | § | |
| Appellee | | § | AUSTIN, TEXAS |

## FIRST MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW STEVEN COLE, by and through his attorney of record EBB B. MOBLEY, and respectfully moves the Court to extend the time for filing his brief in this case, and in accordance with the T.R.A.P. 10.5(b), submits the following facts:

1.   Style of Case: State of Texas v. Steven Cole

3.   Court of Appeals: No. 06-13-00179-CR slip op. 12/18/14

4.   Deadline for filing Appelant's Brief:   July 6, 2015

5.   Length of time requested for the extension: 30 days

6.   The number of extensions previously granted:  None

7.   The facts relied upon to explain the need for the extension:

FILED IN
COURT OF CRIMINAL APPEALS

July 2, 2015

ABEL ACOSTA, CLERK

Counsel has been preparing a petition for discretionary review of Freimel v. State, 06-14-00185-CR (slip op. 6-9-15), reviewed and transferred records for a post-Anders brief in Bledsoe v. State, 06-14-00138-CR;  and is preparing a brief in Alex v. State, 06-15-00054-CR.  Counsel has not had sufficient time to fully brief the application of CCP Article 38.23 in this case, an issue raised by the State for the first time in its merits brief herein.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court extend the time within which to file his brief.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

/s/ EBB B. MOBLEY
**EBB B. MOBLEY**
State Bar License # 14238000
ATTORNEY FOR APPELLANT

STATE OF TEXAS           §
§
COUNTY OF GREGG     §

On this day, EBB B. MOBLEY, appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath he said the facts in this Motion are within his personal · knowledge and are true and correct.

**EBB B. MOBLEY**

SWORN TO AND SUBSCRIBED before me by EBB B. MOBLEY, on the 2nd day of July, 2015.



**Notary Public, State of T E X A S**

KELLY ANN WHITE
Notary Public, State of Texas
My Commission Expires
June 25, 2016

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion to Extend Time was timely provided to all counsel of record on this the 2nd day of July, 2015.

**EBB B. MOBLEY**